IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SHARON WAHLSTROM,
    Plaintiff,

-vs-                                                                           Case No. A-10-CA-348-SS

FLEXTRONICS AMERICA, LLC,
    Defendant.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the defendant Flextronics America, LLC's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process [#4], and after a review of the motion and the response, the Court enters the following:

    IT IS ORDERED that the motion is DENIED, and the defendant has fourteen (14) days in which to file an answer or suffer default.

SIGNED this the 6th day of July 2010.

                                                  /s/ Sam Sparks
                                        UNITED STATES DISTRICT JUDGE