IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| SHARON C. WAHLSTROM, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. A-10-CA-348 SS |
| v. | § | |
| | § | |
| FLEXTRONICS AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

## REPORT OF RULE 26(f) CONFERENCE AND DISCOVERY PLAN

Plaintiff Sharon Wahlstrom and Defendant Flextronics America, LLC (sometimes, collectively, the "parties") submit the following Report and Discovery Plan:

1. Counsel for the parties conducted their Rule 26(f) conference on August 24, 2010.

2. During the conference, counsel agreed that the parties' respective Rule 26(a)(1) Initial Disclosures will be served no later than September 17, 2010.

3. Counsel expect to seek discovery on the merits of Plaintiff's claims under Title VII and Plaintiff's alleged damages.

4. The parties do not request any modification to the generally applicable discovery rules.

5. Counsel have agreed on deadlines required and have filed their joint Proposed Scheduling Order simultaneously herewith. Counsel have agreed that discovery should be completed within the time frames established in their joint Proposed Scheduling Order.

Respectfully submitted this 7th day of September 2010.

AGREED:

/s/ Robert Notzon
Mr. Robert Notzon
The Law Office of Robert Notzon
1507 Nueces Street
Austin, Texas 78701
Telephone: (512) 474-7563

ATTORNEY FOR PLAINTIFF

/s/ Jason S. Boulette
Jason S. Boulette
Boulette & Golden L.L.P.
1221 S. MoPac Expressway
Three Barton Skyway, Suite 300
Austin, Texas 78746
(512) 732-8901
(512) 732-8905 Facsimile

ATTORNEY FOR DEFENDENT