IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHARON WAHLSTROM, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. A-10-CA-348 SS |
| v. | § § | |
| FLEXTRONICS AMERICA, LLC, | § § | |
| Defendant. | § § | |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

In compliance with Local Rule CV-88 and this Court's order, the parties submit this report on alternative dispute resolution ("ADR").

1. Robert Notzon is responsible for settlement negotiations for Plaintiff, Sharon Wahlstrom. Jason Boulette is responsible for settlement negotiations for Defendant Flextronics America LLC.

2. The parties have been informed of the ADR procedures available in the Western District of Texas.

3. The parties believe mediation may be appropriate after initial discovery.

Respectfully submitted,

/s/ Robert Notzon
Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1507 Nueces Street
Austin, Texas 78701
Telephone: (512) 474-7563
Facsimile: (512) 474-9489

ATTORNEY FOR PLAINTIFF


/s/ Jason Boulette
Jason Boulette
State Bar No. 90001846
Boulette & Golden L.L.P.
1221 S. Mopac Expressway, Suite 300
Austin, Texas 78746
Telephone: (512) 732-8901
Facsimile: (512) 732-8905

ATTORNEY FOR DEFENDANT