IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHARON C. WAHLSTROM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. A-10-CA-348 SS |
| v. | § | |
| | § | |
| FLEXTRONICS AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Now come Plaintiff Sharon Wahlstrom and Defendant Flextronics America, LLC and hereby request final judgment of dismissal with prejudice of the above-entitled and numbered cause. The parties, having resolved their dispute, respectfully request that final judgment be entered dismissing with prejudice this action and any action that may have been brought by either party in this action, with each party bearing their respective costs and attorney's fees.

Respectfully submitted, this ____ day of _____, 2011.

| | |
|---|---|
| /s/ Robert Notzon | /s/ Jason S. Boulette |
| Robert Notzon | Jason S. Boulette |
| SBN 00797934 | SBN 90001846 |
| Law Office of Robert S. Notzon | BOULETTE & GOLDEN L.L.P. |
| 1507 Nueces Street | 1221 S. MoPac Expressway, Suite 300 |
| Austin, Texas 78701 | Austin, Texas 78746 |
| (512) 474-7563 | (512) 732-8900 |
| (512) 474-9489 facsimile | (512) 732-8905 facsimile |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHARON C. WAHLSTROM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. A-10-CA-348 SS |
| v. | § | |
| | § | |
| FLEXTRONICS AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant request final judgment of dismissal with prejudice of the above-entitled and numbered cause. Based upon the parties jointly having requested the Court to dismiss the above-entitled and numbered cause with prejudice and the Court's having concluded that it should grant the parties' request, it is accordingly ORDERED and ADJUDGED that FINAL JUDGMENT be entered in this action, and this action is hereby, dismissed with prejudice, with each party bearing their respective costs and attorney's fees.

IT IS FURTHER ORDERED that all relief not expressly granted is DENIED.

SIGNED this \_\_\_\_ day of _____, 2011.

_____
SAM SPARKS
U.S. DISTRICT JUDGE